**ROBINSON, WETTRE & MILLER LLC**
Keith J. Miller, Esq.
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400
kmiller@rwmlegal.com

**CONNELLY, JACKSON & COLLIER LLP**
Jason A. Hill, Esq.
Janine T. Avila, Esq.
405 Madison Avenue, Suite 1600
Toledo, Ohio 43604
Telephone: (419) 243-2100
Facsimile: (419) 243-7119
jhill@cjc-law.com
javila@cjc-law.com

Attorney for Claimant
Kirk Pharmaceuticals, LLC



### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>662 BOXES OF EPHEDRINE, et al.,<br><br>Defendants. | Civil Action No.: 2:08-CV-03326-DRD<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE OF<br>JASON A. HILL, ESQ. AND<br>JANINE T. AVILA, ESQ.** |

THIS MATTER having been brought before the Court on the motion of Robinson, Wettre & Miller LLC, attorneys together with Connelly, Jackson & Collier LLP for claimant Kirk Pharmaceuticals, LLC ("Kirk"), for an Order allowing Jason A. Hill, Esq. and Janine T.

Avila, Esq. of Connelly, Jackson & Collier LLP, 405 Madison Avenue, Toledo, Ohio 43604, to appear and participate pro hac vice in this matter; and the Court being satisfied that this application is supported by good cause pursuant to Local Civil Rule 101.1(c);

IT IS on this 30th day of October, 2008;

ORDERED that Jason A. Hill, a member in good standing of the Bar of the State of Ohio and Janine T. Avila, a member in good standing of the Bars of the State of Ohio and the State of Michigan, be permitted to appear pro hac vice in the above-captioned matter pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs and other papers filed with the Court on behalf of Kirk shall be signed by an attorney of Robinson, Wettre & Miller LLC, who shall be held responsible for said papers, and for the conduct of the cause, and who shall be present at all court proceedings, unless excused by the Court, and held responsible for the conduct of the attorneys admitted hereby; and it is further

ORDERED, that Jason A. Hill, Esq. and Janine T. Avila, Esq. shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment prescribed in accordance with Rule 1:28 of the Rules Governing the Courts of the State of New Jersey for each calendar year the within action is pending; and it is further

ORDERED, that Jason A. Hill, Esq. and Janine T. Avila, Esq. each shall pay an admission fee of $150 each to the Clerk of the United States District Court; and it is further

ORDERED, that Jason A. Hill, Esq. and Janine T. Avila, Esq. shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

ORDERED, that Jason A. Hill, Esq. and Janine T. Avila, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-2, as amended.

*/s/ Michael A. Shipp*
**Michael A. Shipp**
**United States Magistrate Judge**